UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Humble Surgical Hospital, LLC | § § | |
| *versus* | § § | Civil Action 4:14−cv−03586 |
| Altria Client Services, Inc., et al. | § | |

# Recusal Order

1. I stand recused in this case.

2. Deadlines in scheduling orders subsist. Court settings are vacated.

Signed on December 19, 2014, at Houston, Texas.

_____
Gray H. Miller
United States District Judge