IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| HUMBLE SURGICAL HOSPITAL, LLC, § | | |
| § | | |
| **Plaintiff,** § | | |
| § | | |
| VS. § | CIVIL ACTION NO.: 4:14-CV-3586 | |
| § | | |
| ALTRIA MEDICAL, DENTAL AND § | JURY DEMANDED | |
| RETIREE LIFE BENEFITS PLAN FOR § | | |
| SALARIED EMPLOYEES, ALTRIA § | | |
| CLIENT SERVICES, INC.; et al., § | | |
| § | | |
| **Defendants.** § | | |

## PLAINTIFF'S NOTICE OF DISMISSAL

TO THE HONORABLE DISTRICT JUDGE:

Plaintiff Humble Surgical Hospital, LLC ("HSH") files this Notice of Dismissal, and would respectfully show the Court as follows:

1. HSH filed its Original Complaint on December 16, 2014.

2. None of the Defendants have been served, nor have any of the Defendants filed any type of appearance, answer, or motion for summary judgment.

3. HSH files this Notice of Dismissal with the intention of dismissing this case in its entirety pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) without prejudice as to the refiling of same.

Respectfully submitted,

By: */s/ Edward John ("Jack") O'Neill, Jr.*
Edward John ("Jack") O'Neill, Jr.
Texas Bar No. 15288500
Southern District of Texas No. 3696
*Attorney in Charge*

          PIERCE & O'NEILL, LLP
          4203 Montrose Boulevard
          Houston, Texas 77006
          (713) 634-3600  Main
          (713) 634-3638  Direct
          (713) 634-3639  Facsimile
          joneill@pierceoneill.com

OF COUNSEL:

Scott R. Humphrey
Texas Bar No. 24032442
Southern District of Texas No. 592627
shumphrey@pierceoneill.com
Courtney E. Hawkins
Texas Bar No. 24050732
Southern District of Texas No. 685226
chawkins@pierceoneill.com
Brian Cathey
Texas Bar No. 24080825
Southern District of Texas No. 1531850
bcathey@pierceoneill.com
PIERCE & O'NEILL, LLP
4203 Montrose Boulevard
Houston, Texas 77006
(713) 634-3600  Main
(713) 634-3639  Facsimile

          ATTORNEYS FOR PLAINTIFF
          HUMBLE SURGICAL HOSPITAL, LLC