IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **HUMBLE SURGICAL HOSPITAL, LLC,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| VS. | § | CIVIL ACTION NO.:  4:14-CV-3586 |
| | § | |
| **ALTRIA MEDICAL, DENTAL AND RETIREE LIFE BENEFITS PLAN FOR SALARIED EMPLOYEES, ALTRIA CLIENT SERVICES, INC.; et al.,** | § § § § § | JURY DEMANDED |
| | § | |
| **Defendants.** | § | |

## PLAINTIFF'S NOTICE OF DISMISSAL

TO THE HONORABLE DISTRICT JUDGE:

Plaintiff Humble Surgical Hospital, LLC ("HSH") files this Notice of Dismissal, and would respectfully show the Court as follows:

1. HSH filed its Original Complaint on December 16, 2014.

2. None of the Defendants have been served, nor have any of the Defendants filed any type of appearance, answer, or motion for summary judgment.

3. HSH files this Notice of Dismissal with the intention of dismissing this case in its entirety pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) without prejudice as to the refiling of same.

Respectfully submitted,

By: */s/ Edward John ("Jack") O'Neill, Jr.*
Edward John ("Jack") O'Neill, Jr.
Texas Bar No. 15288500
Southern District of Texas No. 3696
*Attorney in Charge*

                                                PIERCE & O'NEILL, LLP  
                                                4203 Montrose Boulevard  
                                                Houston, Texas 77006  
                                                (713) 634-3600  Main  
                                                (713) 634-3638  Direct  
                                                (713) 634-3639  Facsimile  
                                                joneill@pierceoneill.com

OF COUNSEL:

Scott R. Humphrey  
Texas Bar No. 24032442  
Southern District of Texas No. 592627  
shumphrey@pierceoneill.com  
Courtney E. Hawkins  
Texas Bar No. 24050732  
Southern District of Texas No. 685226  
chawkins@pierceoneill.com  
Brian Cathey  
Texas Bar No. 24080825  
Southern District of Texas No. 1531850  
bcathey@pierceoneill.com  
PIERCE & O'NEILL, LLP  
4203 Montrose Boulevard  
Houston, Texas 77006  
(713) 634-3600  Main  
(713) 634-3639  Facsimile  

                                                ATTORNEYS FOR PLAINTIFF  
                                                HUMBLE SURGICAL HOSPITAL, LLC