| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

Humble Surgical Hospital, LLC,          §
                                        §
        Plaintiff,           §
                                        §
versus                                  §          Civil Action H-14-3586
                                        §
Altria Client Services, Inc., et al.,   §
                                        §
        Defendants.         §

## Final Dismissal

On the motion of Humble Surgical Hospital, LLC, this case is dismissed without prejudice.

Signed on February 2, 2015, at Houston, Texas.

                                            Lynn N. Hughes
                                United States District Judge